No. 99–5537. VALDES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5538. LEE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 99–5541. NOGUERAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5547. TRUAX v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 99–5548. WOFFORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5550. BYRD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5551. SURRATT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5552. SMITH v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–5553. REYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5554. RANGEL-SILVA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5556. CONYERS v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 99–5562. NECOCHEA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5570. DAVIS v. INTERNATIONAL MANAGEMENT GROUP ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5571. HAYES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5572. HERNANDEZ-SOTO, AKA GONZALEZ-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.